# PD-0896-15

No.:_____

IN THE COURT OF CRIMINAL APPEALS

AUSTIN,TEXAS

ALPHONSO SMITH

V.

STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 15 2015
Abel Acosta, Clerk

FROM APPEAL No.:01-14-00727

TRIAL COURT No.:239 JUDICIAL DISTRICT

BRAZORIA COUNTY,TEXAS

FILED IN
COURT OF CRIMINAL APPEALS
JUL 21 2015
Abel Acosta, Clerk

### FIRST MOTION FOR EXTENSION OF TIME

### TO FILE PETITION FOR DISCRETIONARY REVIEW.

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW,ALPHONSO SMITH,PETITIONER, and files this Motion for __90__ days in which to file a petition for Discretionary Review.In support of this Motion,Appellant shows the Court the following:

I

The Petitioner was convicted in the 239th District Court of Brazoria County,Texas, of the offense of Evading Arrest with a vehicle in Cause No.;71088,styled State of Texas vs. Alphonso Smith. The Petitioner appealed to the Court of Appeals for the first District of Texas.The case was affirmed on July 2,2015.

II

The present deadline for filing the Petitioner for Discretionary Review is August 1,2015. The Petitioner has not requested any extension prior to this request.

III

Petitioner's request is based upon the following facts:

Petitioner was not informed of the decision of the Court of Appeals in affirming his case until July 7,2015. His attorney John J. Davis has informed Petitioner that he was not appointed to represent him on the petition for Discretionary Review.

IV

At law library,Petitioner is only allowed to (3) three case law a day per visit on intra-loan or shepardize,in some instances the case law can not be obtained which hinders Petitioner's research.

Petitioner has a very limited knowledge of the law.

WHEREFORE, Petitioner prays this Court GRANTS this Motion and extend the deadline for filing the petition for Discretionary Review in Case No.: 01-14-00727 to _Oct. 31, 2015_ .

Respectfully submitted:

_Alphonso Smith_
Alphonso Smith, Pro Se
Petitioner,
Estelle Unit (T.D.C.J.-C.I.D.)
264 FM 3478
Huntsville, Texas 77320

## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the above foregoing First Motion for Extension of Time to File a Petition for Discretionary Review, has been forward by U.S. mail, postage prepaid to attorney for State Trey D. Picard at 111 E Locust, Suite #408 A, Angleton, Texas 77515 and to State prosecuting attorney; P.O Box 12405, Austin, Texas 78711 on this _10TH_ day of _July_ 2015

_Alphonso Smith_
Petitioner,  Pro Se